■ In the Matter of the Claim of DEBORAH HAND, Appellant. COMMISSIONER OF LABOR, Respondent. [3 NYS3d 635]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 31, 2013, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Lahtinen, Garry and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.